# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 4 | **DATE** | 12/18/2007 |
| **CASE TITLE** | United States of America vs. Adam Sanders | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/18/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints James Tunick as counsel for the defendant. Enter order appointing James Tunick as counsel for defendant. The government moves for detention. Detention hearing set for 12/21/07 at 9:30 a.m. A status on preliminary examination is set for 12/21/07 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | mm |
|---|---|---|