# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **United States v. Adam Sanders**

Case Number: **07 CR 843-4**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Adam Sanders**

FILED 12-18-07
DEC 18 2007
Magistrate Judge Sidney I. Schenkier
United States District Court

| Field | Value |
|---|---|
| NAME (Type or print) | James Tunick |
| SIGNATURE | /s/ [signature] |
| FIRM | Law Office of James Tunick |
| STREET ADDRESS | 53 W. Jackson Blvd Suite 1437 |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER | 6621752 |
| TELEPHONE NUMBER | 312-957-0100 |

| Question | Answer |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒