## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 4 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Adam Sanders | | |

**DOCKET ENTRY TEXT**

Detention hearing held. . Defendant waives detention hearing without prejudice to defendant's right to move for pretrial release on conditions at a later time. The defendant will be detained in custody. Preliminary examination hearing is set for 1/10/08 at 10:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|