IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 07 CR 843 |
| | ) | |
| ADAM SANDERS | ) | Judge Schenkier |
| | ) | |
| Defendant | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Defendant, *Adam Sanders* ("*Sanders*"), by and through his attorney, *James D. Tunick (counsel)*, respectfully moves this Honorable Court to enter an order granting attorney, James D. Tunick, leave to withdraw in this matter and in support states as follows:

1. Counsel was appointed to represent Sanders on December 18, 2007 at the initial appearance.

2. On December 21, 2007, Sanders waived detention without prejudice to his right to move for pretrial release on conditions at a later time.

3. On January 10, 2008, a preliminary examination hearing was held, with this Court finding probable cause as to the allegations in the complaint.

4. On January 15, 2008, counsel on behalf of Sanders objected to the government's First and Final Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. Section 3161(h). Judge Holderman overruled the objection to the extension.

5. Counsel has visited with Sanders at the Kankakee County Jail on only one occasion.

6. As a result of certain issues indicated in the Pre-Trial Services Report[1], counsel suggested that it might be best to petition the Court for bond with some type of property or financial interest to put before the Court.

---

[1] The Pre-Trial Services Report lists numerous bail bond forfeitures, petitions for violation of bond, violations of probation, a current Violation of Parole warrant, along with several drug convictions and other convictions.

7.      Sanders and his family have indicated that they do not want current counsel to represent him anymore.

WHEREFORE, Defendant, Adam Sanders, respectfully requests that this Honorable Court enter an order granting James D. Tunick leave to withdraw in this matter and appoint new counsel under the Criminal Justice Act.

Respectfully Submitted,

/s James D. Tunick
James D. Tunick

*Law Offices of James D. Tunick*
*53 W. Jackson Blvd. Suite 1437*
*Chicago, Il 60604*
*Tel 312-957-0100*
*Fax 312-957-0111*