UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.: 07 CR 843 |
| | )   JUDGE SCHENKIER |
| ADAM SANDERS | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF MOTION

TO:  Rachel M. Cannon
 Assistant United States Attorney
 219 South Dearborn Street, 5th Floor
 Chicago, IL  60604

**PLEASE TAKE NOTICE** that on the 5th day of March, 2008 at 8:30 a.m. I will appear before the Honorable Judge Schenkier United States District Court Magistrate Judge for the Northern District of Illinois Eastern Division at 219 South Dearborn Street Chicago, Illinois an present the attached **MOTION TO WITHDRAW AS ATTORNEY OF RECORD,** true copies of which are attached and served upon you.

/s James D. Tunick

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was served on February 29, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF Filers.

s/ James D. Tunick

*Law Offices of James D. Tunick*
*53 West Jackson Boulevard, Suite #1437*
*Chicago, Illinois   60604*
*Tel. (312) 957-0100; Fax (312) 957-0111*