## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 4 | **DATE** | 3/5/2008 |
| **CASE TITLE** | United States of America vs. Adam Sanders | | |

**DOCKET ENTRY TEXT**

Motion hearing held. James Tunick's motion to withdraw as counsel for Adam Sanders (doc. # 129) is granted. The Court Appoints Linda Amdur as counsel for defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|