# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 4 | **DATE** | 4/2/2008 |
| **CASE TITLE** | United States of America vs. Adam Sanders | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant's oral motion for release on bond is denied.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|