UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 843-4 |
| v. | ) | |
| | ) | Hon. Joan Lefkow |
| ADAM SANDERS | ) | |

GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Drug Conviction To Be Relied Upon In Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a):

In the event that the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the indictment in this case, or the offense charged under Title 21, United States Code, Section 841(a)(1) charged in Count Thirty-Two of the indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the following conviction for a felony drug offense which became final prior to the commission of the offenses charged in Counts One and Thirty-Two of the indictment:

On or about October 9, 2002, defendant was found guilty of manufacturing/delivery of one to fifteen grams of cocaine or an analog thereof, in violation of 720 ILCS 570/401(c)(2), in the Circuit Court of Cook County, in case number 01 CR 1795001, and was sentenced to, among other things, 6 months' imprisonment and 30 months' probation.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s/ Kruti Trivedi
       Kruti Trivedi
       Assistant United States Attorney
       219 S. Dearborn Street - 5th Floor
       Chicago, Illinois  60604
       (312) 353-5323