UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 843-4 |
| | ) | Hon. Joan Lefkow |
| ADAM SANDERS | ) | |

To:  Linda Amdur
     53 W. Jackson Blvd., STE 1503
     Chicago, IL 60604

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 22, 2008, the undersigned filed the GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT, a copy of which is has been served upon you.

/s/ Kruti Trivedi
Kruti Trivedi
Assistant United States Attorney
219 South Dearborn Street
Fifth Floor
Chicago, Illinois 60604