UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| ADAM SANDERS, | ) | |
| Defendant. | ) | |

### DEFENDANT ADAM SANDERS' MOTION FOR EARLY RETURN OF SUBPOENAS

Now comes Defendant Adam Sanders, by his attorney, Linda Amdur, pursuant to Rule 17 ( c ) of the Federal Rules of Criminal Procedure and the Sixth Amendment of the United States Constitution, and moves this Court for the entry of an order permitting the early return of trial subpoenas.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Adam Sanders

Linda Amdur
Attorney for Defendant
53 West Jackson Blvd.
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>            Plaintiff,         )<br>                                  )<br>                                  )<br>    vs.                           )<br>                                  )<br>                                  )<br>ADAM SANDERS,                     )<br>            Defendant.            ) | No. 07 CR 843<br>Honorable Joan Humphrey Lefkow |

CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Adam Sanders' Motion For Early Return of Subpoenas was filed and served pursuant to the district court's ECF system as to ECF filers on July 26, 2008.

                Respectfully submitted,

                S/Linda Amdur
                Linda Amdur, Attorney for
                Defendant Adam Sanders

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999