UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| ADAM SANDERS, | ) | |
| Defendant. | ) | |

### DEFENDANT ADAM SANDERS' MOTION FOR NOTICE OF INTENTION TO USE EXPERT WITNESS TESTIMONY

Now comes Defendant Adam Sanders, by his counsel, Linda Amdur, and prays for entry of an order requiring the United States to give notice of its intention to introduce testimony under Rules 702, 703, and 705 of the Federal Rules of Evidence. In support of this motion Defendant states the following:

1. Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government must disclose, at the defendant's request, a written summary of any testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial.

2. The summary must describe the witnesses' opinions, the bases and reasons therefore, and the witnesses' qualifications.

3. The government has provided chemical analysis of substances seized at the time of Defendant's arrest. Defendant also seeks all bench notes and test results, which are the bases and reasons for the chemist's opinions.

   4. The defense believes that the government will call a law enforcement agent to testify regarding the practices of narcotics traffickers. The Seventh Circuit has elucidated these requirements, where a law enforcement agent testifies about the practices of narcotics traffickers. <u>United States v. Duvall</u>, 272 F.3d 825 (7th Cir. 2001). The defense demands a written summary of the law enforcement agent's testimony that is in conformance with <u>Duvall</u>.

   Wherefore, Defendant Adam Sanders requests prompt disclosure of all evidence described above.

                 Respectfully submitted,

                 <u>S/Linda Amdur</u>
                 Linda Amdur, Attorney for
                 Defendant Adam Sanders

Linda Amdur
Attorney for Defendant
53 West Jackson Blvd.
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
| Plaintiff,     ) | |
| ) | |
| vs.     ) | No. 07 CR 843 |
| ) | Honorable Joan Humphrey Lefkow |
| ) | |
| **ADAM SANDERS,**     ) | |
| Defendant.     ) | |

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Adam Sanders' Motion For Notice of Intention To Use Expert Witness' Testimony was served pursuant to the district court's ECF system as to ECF filers on July 26, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Adam Sanders
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999