UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| | ) | |
| ADAM SANDERS, | ) | |
|       Defendant. | ) | |

### DEFENDANT ADAM SANDERS' MOTION TO ADOPT

Now comes Defendant Adam Sanders, by his attorney, Linda Amdur, and moves this Court to permit him to adopt any and all motions filed by any co-defendants in this case.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Adam Sanders

Linda Amdur
Attorney for Defendant
53 West Jackson Blvd.
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| | ) | |
| ADAM SANDERS, | ) | |
|     Defendant. | ) | |

### CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Adam Sanders' Motion To Adopt was filed and served pursuant to the district court's ECF system as to ECF filers on July 26, 2008.

    Respectfully submitted,

    S/Linda Amdur
    Linda Amdur, Attorney for
    Defendant Adam Sanders

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999