UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>              Plaintiff,         )<br>                                   )<br>                                   )<br> vs.                               )<br>                                   )<br>                                   )<br> ADAM SANDERS,                     )<br>              Defendant.           ) | No. 07 CR 843<br>Honorable Joan Humphrey Lefkow |

### EMERGENCY MOTION FOR MEDICAL TREATMENT

Now comes Defendant Adam Sanders, by his attorney, Linda Amdur, and moves for transfer to the Metropolitan Correctional Center for the purpose of Emergency Medical Care. In support of this Motion, the following is offered:

1. Adam Sanders is currently housed at the Jerome Combs Detention Center in Kankakee.

2. Adam Sanders has suffered from a hernia for a number of years. As substantiated in his Pretrial Services Report he has been disqualified from Boot Camp in the Illinois Department of Corrections for medical reasons.

3. According to Mr. Sanders his hernia is now "popping out," he is concerned that he is in risk of injury while in custody, and he needs surgery.

4. Undersigned counsel has verified with the administration at the Jerome Combs Detention Center that they will not provide surgery at this time.

Wherefore Defendant Adam Sanders requests immediate transfer to the Metropolitan Correctional Center in Chicago for immediate evaluation and surgery.

        Respectfully submitted,

        S/Linda Amdur
        Linda Amdur, Attorney for
        Defendant Adam Sanders

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999