Order Form (01/2005)

## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 843 - 4 | DATE | 7/30/2008 |
| CASE TITLE | USA vs. Adam Sanders | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for medical treatment [249] is granted. Defendant is ordered to be promptly transferred to the Metropolitan Correctional Center (MCC) for immediate evaluation and all necessary medical treatment, including surgery. Hearing held on defendant's request regarding his attorney representation, as contained in letter to the clerk filed July 23, 2008. Defendant indicates his desire to continue with his present counsel.

Docketing to mail notices.

00:20

FILED
2008 JUL 32 AM 9:08
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|