*Letter from Adam Sanders*

07CR 843-4
USA v. Adam Sanders

MHN

FILED
7-23-2008
JUL 2 3 2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

To the clerk

Sorry for not knowing your name,
I'm writing this letter to ask for your attention + help.
I know my lawyer suppose to be on top of this but
as you can see she's not with me or in my favor, my
first thing is to ask you to rewrite this motion and
for me please + thank you. Because this is to get my
lawyer off my case, the reason is because the judge gave
us to July 30 to file all motions which is the deadline
and she hasn't filed none at all. Everytime I try to
get in contact with her she's never able to be reached
at all. And I doesn't got money to buy phone-cards
to get in contact with her. Always ask her if she could
get the right material + CD, concerning my case she
still haven't done it yet. I'm pretty sure lawyers be
busy and have alot of others clients as well, and that's
why I truly need to get an law book to get a good
understanding. This is the second lawyer I've had
and I don't wanna keep going through this, plus I don't
want the judge or you'll to think I'm on some Bull
so please and thank you for your help to me with this
matter or issue. My second motion is for a bond hearing
I got a letter from my family stating they are willing to

attempt to try it one more time. I didn't have my people work on getting things together so I could have my attorney argue for bond. And the US attorney made me look like I didn't do nothing out there on the streets while I was free, I would like to know one week before I go to court for bond please and thank you. My last motion is my medical health, I got this hernia thats been given me problems, the doctor here at Jerome Combs Detention Center says the reason why they wont fix it is because they I dont have money for the surgery. Everytime I go see them they take $30⁰⁰ dollars everytime, all they give me is motrins, and they isn't doing nothing for me. I talk to the marshall Kent Robinson and was supposed to get this issue taken care of, so can you ask the judge Leffow to see if she could get me mandiated to the MCC building. Or may I get approved for surgery, it hurts from 1-10 10+ and if I get to the MCC building I could study for my case as well because aint no library down here please and thank you. I know your probably busy you was the only one I could write this to forgive me I just don't wanna get anything for not trying to help myself or my case, I got a small girl thats 3 years old who really does need me out there. But it hurts not being able to keep on help her threw these wells, I've made alot of mistakes and I've learned something everytime I always was here for my daughter.

Adam Sanders 40012

3050 Justice Way

Kankakee IL 60901

8080481702 0018



USA 42

To clerk, Judge Lefkow

219 S Dearborn St 1923

Chicago IL 60604

12 PM 2008 JUL 17

CHAMPAIGN IL 619