UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| | ) | |
| ADAM SANDERS, | ) | |
|         Defendant. | ) | |

**DEFENDANT ADAM SANDERS' MOTION FOR PRESERVATION
OF ROUGH NOTES, MEMORANDA AND/OR REPORTS**

Now comes Defendant Adam Sanders, by his attorney, Linda Amdur, and requests this Court enter an order compelling law enforcement agents, including federal, state, and local, and all government witnesses, to retain and preserve all their rough notes and/or memoranda and reports. In support of this Motion, Defendant states the following:

1. Under certain circumstances, agents' notes are potentially discoverable. See United States v. Lim, 99 CR 689 WL 782964 at *4 (N.D.Ill. June 5, 2000) ("Any notes prepared by an agent may ultimately be producible under the Jencks Act and [Federal Rule of Criminal Procedure] 26.2 as the agent's prior statement in the event the agent testifies . . . ."); United States v. Johnson, 521 F.2d 1318, 1329 (9th Cir. 1975). In United States v. Bell, the Fifth Circuit noted:

> It is well established that "individual 'notes and reports' of agents of the government, made in the course of a criminal investigation, are the proper subject of inquiry and subject of production under the Jencks Act"...It is not the function of the trial judge to speculate as to the usefulness of the reports to the defendant, rather his primary inquiry is directed to the producibility of the reports...

Bell, 457 F.2d 1231, 1235 (5th Cir. 1972).

2. In United States v. Agurs, 427 U.S. 106 (1967), the Supreme Court expanded the holding of Brady v. Maryland, 373 U.S. 83 (1963), enlarging the prosecutor's duty to preserve and provide exculpatory evidence. Accordingly, notes of government agents relative to interviews with individuals who may have provided exculpatory information and/or other relevant evidence are material evidence which the government must preserve and maintain. See United States v. Pollack, 417 F.Supp. 1332 (D.C.Mass. 1976); United States v. Johnson, 521 F.2d 1318 (9th Cir. 1975), United States v. Benlizar, 459 F.Supp. 614 (D.C. 1978).

Based on the above, Defendant requests that all law enforcement agents (federal, state and local) and all government witnesses in this case retain and preserve all of their rough notes and/or memoranda and reports, whether handwritten, typed, or electronically recorded, in connection with their investigation, acts, conduct and/or testimony in the above-captioned case and specifically including, but not limited to:

a. Any note, memoranda, or reports of any interview by a government agent (whether federal, state, or local) with any confidential informant, government witness, potential witness or other individual;

b. Any surveillance notes, memoranda, or reports made by any government agent (whether federal, state, or local); and

c. Notes made during the examination of any physical or documentary evidence, or crime scenes, or review of electronic surveillance tapes or recordings.

For all the above reasons, Defendant requests this Court grant his Motion for Preservation.

                                          Respectfully submitted,

                                          <u>S/Linda Amdur</u>
                                          Linda Amdur, Attorney for
                                          Defendant Adam Sanders

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | No. 07 CR 843 |
| ) | Honorable Joan Humphrey Lefkow |
| ) | |
| **ADAM SANDERS,** ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), Defendant Adam Sanders' Motion For Preservation Of Rough Notes, Memoranda and/or Reports was served pursuant to the district court's ECF system as to ECF filers on August 14, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Adam Sanders
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999