UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>)<br>) | |
| vs. | )<br>) | No. 07 CR 843<br>Honorable Joan Humphrey Lefkow |
| ADAM SANDERS,<br>    Defendant. | )<br>)<br>) | |

**DEFENDANT ADAM SANDERS' MOTION FOR HEARING OR PROFFER
ON ADMISSIBILITY OF CO-CONSPIRATOR'S STATEMENTS**

  Now comes Defendant, Adam Sanders, by his attorney, Linda Amdur, and respectfully moves this Court to hold a hearing pursuant to Rule 104(a) of the Federal Rules of Evidence to determine whether or not the statements of any of the co-conspirators listed in the indictment and any other unindicted co-conspirator(s) are admissible against Defendant. In support of this motion, Defendant states the following:

  1. It appears, upon information and belief that the government intends to introduce statements of alleged charged and uncharged co-conspirator(s) against Defendant at trial, pursuant to Rule 801(d)(2)(E) of the Federal Rules of Evidence.

  2. Such co-conspirator's statements are inadmissible hearsay under Rules 801( c ) and 802 of the Federal Rules of Evidence unless the government can demonstrate, by a preponderance of evidence, that:

    a. A conspiracy existed; and

    b. The Defendant was a member of the alleged

conspiracy; and

c. The statement was made during the course of and in furtherance of the conspiracy. Federal Rule of Evidence 801(d)(2)(E), Bourjaily v. United States, 107 S.Ct. 2775, 2778(1987); United States v. Nixon, 418 U.S. 683, 701 n. 14 (1974); United States v. Gil, 604 F.2d 546, 548 (7th Cir. 1979); United States v. Santiago, 582 F.2d 1128 (7th Cir. 1978).

3. "Rule 104 [of the Federal Rules of Evidence] requires a preliminary determination by the trial judge as to the admissibility of the declaration of a con-conspirator." Santiago, 582 F.2d 1131. The Seventh Circuit has recognized that the district court has a duty to screen proposed co-conspirator statements for admissibility. United States v. Stephenson, 53 F.3d 836, 842 (7th Cir. 1995); Fed. R. Evid. 104(a). A recognized way of bringing such issues to the district court's attention is through the government's filing of a pre-trial proffer pursuant to Santiago. United States v. Rodriguez, 975 F.2d 404, 406 (7th Cir. 1992). Admission of such statements without the requisite showing by the government would violate the defendant's Sixth Amendment confrontation right.

4. A pretrial proffer is the preferred procedure and has been approved by the Seventh Circuit. United States v. Haynie, 179 F.3d 1048, 1050 (7th Cir. 1999). A preliminary determination is necessary because: (a) it ensures that prejudicial information does not erroneously reach the jury requiring a mistrial as in United States v. Dunn, 564 F.2d 348 (9th Cir. 1977); (b) it contributes to efficiency at trial by eliminating many trial objections and rulings; and ( c ) it lessens potential jury confusion; and (d) it facilitates appellate review. See Santiago supra, and United States v. Mahone, 537 F.2d 922, 929 (7th Cir.), cert. denied, 429 U.S. 922(1976). An advance ruling is especially critical in conspiracy cases where an adverse ruling in a joint trial

may require defendants to move for separate trials.

Wherefore, for all of the above reasons, Defendant requests a hearing or a proffer pursuant to Rule 104(a) wherein these issues may be determined.

                                              Respectfully submitted,

                                              S/Linda Amdur
                                              Linda Amdur, Attorney for
                                              Defendant Adam Sanders

Linda Amdur
53 West Jackson
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,  )<br>                              )<br>                              )<br>vs.                        )<br>                              )<br>                              )<br>ADAM SANDERS,        )<br>            Defendant.  ) | No. 07 CR 843<br>Honorable Joan Humphrey Lefkow |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Adam Sanders' Motion For Hearing or Proffer on Admissibility of Co-conspirator's Statements was served pursuant to the district court's ECF system as to ECF filers on August 14, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Adam Sanders
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999