UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br> )<br> )<br>vs. )<br> )<br> )<br>ADAM SANDERS, )<br>　　　　　　Defendant. ) | <br><br><br><br>No. 07 CR 843<br>Honorable Joan Humphrey Lefkow<br><br><br> |

### DEFENDANT ADAM SANDERS' MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANT INFORMATION

Defendant Adam Sanders, by his attorney, Linda Amdur, respectfully moves this Court for an order requiring the government to disclose the identity and informant information regarding CI 772000-0559 and CI 629 used by the government in the investigation and prosecution in this case.

In particular, Defendant Sanders requests the name, aliases, address, contact number and/or attorney's name and telephone number for CI 772000-0559 and CI 629. Further, Defendant requests all disclosures pertaining to CI 772000-0559 and CI 629 required under United States v. Giglio, 504 U.S. 150 (1972), including criminal history, agreements with the government, favorable benefits received from the government, previous informant status whether with or without compensation, and any history concerning substance abuse.

The government is required to provide the identities and addresses of individuals who act as informants in the investigation of a case where "fundamental requirements of fairness" indicate that disclosure would be "relevant and helpful to the defense of an accused, or ...

essential to a fair determination of a cause." Roviaro v. United States, 353 U.S. 53, 60-61 (1957). Clearly, if an informant is a person who was directly involved in the matters alleged in the indictment either as an active participant or as a witness to the offense charged, the principles of Roviaro require pretrial disclosure of the identity of that informant. See, e.g., United States v. Barnes, 486 F.2d 776, 778-79 (8th Cir. 1973); United States v. Tucker, 552 F.2d 202 (7th Cir. 1977).

In this case, Adam Sanders is charged with conspiracy to distribute and to possess with intent to distribute controlled substances in violation of 21 U.S.C. §846 (Count One), four telephone counts in violation of 21 U.S.C. §843(a) (Counts Nineteen, Twenty, Twenty-One, and Thirty), and possession with intent to distribute in excess of 50 grams cocaine base, in violation of 21 U.S.C. §841(a) (Count Thirty-Two).

Based upon police reports and ATF reports provided by the prosecution, CI 772000-559 engaged in numerous debriefings with government agents and has named numerous individuals, including Adam Sanders, as participants in Rondell Freeman's narcotics organization. CI 772000-559 and CI 629 have also engaged in at least two undercover purchases. On November 1, 2005, CI 772000-559 allegedly participated in a controlled purchase of crack cocaine from Adam Sanders' younger brother and claimed that Adam Sanders was present in the area of the sale. On November 5, 2005, CI 772000-559 claimed that Adam Sanders told him that narcotics and firearms seized by police the previous afternoon in an apartment located at 1230 No. Burling were his (Sanders). CI 772000-559 also claimed that Rondell Freeman provided the same information. On November 2, 2006, CI 772000-559 took CI 629 to 1230 No. Burling where they proceeded to the 5th floor. Outside Unit 503, CI 629 purchased crack cocaine from Deshawn

Simmons, Deandre Dyer and Adam Sanders, while CI 772000-559 engaged them in conversation.

The defense does not know what agreements these informants have made with the government, whether these informants have previously worked for the government with or without compensation, what benefits the informants have been offered, and whether the informants use or are addicted to drugs. These are just a sampling of the information that should be provided to the defense.

For all of the above reasons, Defendant Adam Sanders seeks immediate disclosure of informant information pertaining to CI 772000-559 and CI 629.

> Respectfully submitted,
>
> S/Linda Amdur
> Linda Amdur, Attorney for
> Defendant Adam Sanders

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| | ) | |
| **ADAM SANDERS,** | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Adam Sanders' Motion For Disclosure Of Confidential Informant Information was served pursuant to the district court's ECF system as to ECF filers on August 20, 2008.

    Respectfully submitted,

    S/Linda Amdur
    Linda Amdur, Attorney for
    Defendant Adam Sanders
    53 West Jackson Blvd.
    Suite 1503
    Chicago, IL 60604
    (312) 347-9999