# EXHIBIT ONE

ATF Report of November 13, 2006 Event

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| OPERATION SUNRISE | 772015-05-0040 | 110 |

## SUMMARY OF EVENT:

On November 13, 2006, ATF Special Agents and Chicago Police Officers conducted a mobile surveillance of Rondell FREEMAN's associates, which approximately 126 grams of suspect crack cocaine and 2 firearms were recovered.

## NARRATIVE:

1. On November 13, 2006, ATF Special Agent's Edward Piacenza, Karl Jorgensen, Dave Roberts, Mirko Martinovich, Joseph Delucio, CPD Officer (Ofc.) Pat Munyon, Ofc. Jason Schoenecker and Ofc. Michael Corlett conducted a mobile surveillance of Rondell FREEMAN associates originating from the Sheridan Shores Condominium complex, located at 5740 N. Sheridan Rd., Chicago, IL.

2. At approximately 3:25pm SA Piacenza observed an unknown male black wearing a red jacket and a hat exit from the 5740 N. Sheridan Ave. building and enter a Dodge Sedan, parked in FREEMAN's parking space #34, with Illinois registration, (handicap) '161 710', registered to Marilyn WILBOURN, 13917 Park Ave., Dolton, Illinois. SA Piacenza observed the Dodge exit the parking lot heading towards Sheridan Ave. SA Delucio last observed the Dodge west on Hollywood Ave. from Sheridan Ave. At approximately 4:15pm SA Piacenza observed the vehicle pull into the parking lot for 5740 N. Sheridan Ave. and park in FREEMAN's parking space. SA Piacenza observed the same unknown male black exit the vehicle and walk towards the service entrance of the building.

3. At approximately 5:40pm SA Piacenza observed an unknown male black wearing a white jacket and a white dew rag walking north on Sheridan Ave. SA Piacenza observed the subject walk into the parking lot of the 5740 N. Sheridan Ave. building. SA Roberts observed the unknown male black walk to the back of the parking lot and appear to yell up to someone in the rear of the building. SA Piacenza observed the unknown male black walk towards the service door of the building and enter. At approximately 7:00pm SA Piacenza observed the unknown male black with the white dew rag in the lobby of the building getting food from a delivery person.

4. At approximately 8:40pm SA Delucio observed three adult male blacks walking from the service door area of the 5740 N. Sheridan Ave. building and enter the Dodge parked in FREEMAN's parking space #34. SA Delucio stated one of the subjects resembled the subject he knows as Brian WILBOURN. SA Delucio stated

| Prepared by: Edward A. Piacenza | Title: Special Agent, Chicago IV Field Office | Signature: | Date: 11/17/06 |
|---|---|---|---|
| Authorized by: Michael G. Casey | Title: Group Supervisor, Chicago IV Field Office | Signature: | Date: 11/20/06 |
| Second level reviewer (optional): Andrew L. Traver | Title: Special Agent in Charge, Chicago Field Division | Signature: | Date: 11/20/06 |

Page 1 of 5

ATF EF 3120.2 (10-2004)
For Official Use Only

ATF_001_00432

that subject sat in the front passenger seat of the Dodge. SA Delucio advised surveillance units that the Dodge was exiting the building parking lot. SA Piacenza observed the Dodge south on Sheridan Ave. then turning left onto southbound Lake Shore Drive. SA Martinovich and SA Jorgensen observed the Dodge southbound Lake Shore Drive exiting at North Ave. SA Jorgensen observed the Dodge westbound on North Ave. entering the left turn lane to go south on Clark St. Ofc. Munyon observed the Dodge go south on Clark St. and immediately enter into the BP Gas Station located on the corners of Clark St., North Ave. and LaSalle St.

5. Ofc. Munyon observed the Dodge pull up next to a maroon sedan in the gas station. Ofc. Munyon observed a male black subject exit from the rear of the maroon sedan and approach the passenger side of the Dodge. Ofc. Munyon stated he observed the Dodge leave the gas station heading east towards Lake Shore Drive. Ofc. Munyon stated he drove into the gas station pulling up near the Maroon vehicle. Ofc. Munyon stated he observed the male black in the backseat appear to be doing something low in the backseat area. Ofc. Munyon advised that the Maroon vehicle was exiting the gas station south on LaSalle St. SA Jorgensen observed the vehicle south on LaSalle St. at North Ave. SA Jorgensen advised surveillance units he recognized the vehicle as the Maroon Buick Century bearing Illinois registration, '5268170', belonging to Syble MCCLATCHEY. SA Jorgensen observed the Buick go west on North Ave. then south on Larrabee Ave.

6. Approximately 8:56pm CPD Officers Jason Schoenecker and Michael Corlett conducted a traffic stop on the Buick southbound Larrabee Ave. just south of Clybourn St.

7. Ofc. Schoenecker later advised SA Piacenza of the following details of the traffic stop and subsequent events that followed. Ofc. Schoenecker and Ofc. Corlett approached the vehicle at which time Ofc. Schoenecker stated he observed a female black driver, subsequently identified through the following information she provided as Carmen ABCOCK, DOB: 07/18/87, SS# 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 of 1230 N. Burling St., #1305, a female black passenger, identified through an Illinois ID as Michaela THOMPSON, DOB: 11/05/87, of 6609 N. Ashland Ave. and a male black subject sitting in the rear passenger seat. Ofc. Schoenecker stated they had the male passenger exit the vehicle at which time Ofc. Schoenecker recognized the subject as Adam SANDERS, DOB: 02/08/1985, of 1230 N. Burling St., Chicago, Illinois. SANDERS was secured and placed into the backseat of the police vehicle. Ofc. Schoenecker stated the two females were asked to exit the vehicle at which time they were secured. Ofc. Schoenecker stated ATF SA Mirko Martinovich arrived in the area. Ofc. Schoenecker stated that an 18th District female patrol officer, Ofc. Lorrenes #10453, came to the scene and searched the females.

8. Ofc. Schoenecker stated he began to search the backseat area of the Buick. Ofc. Schoenecker stated he could smell a strong odor, which he believed to be odors associated with crack cocaine. Ofc. Schoenecker stated he located a black plastic baggie stuck up in the undercarriage of the front passenger seat. Ofc. Schoenecker stated he tore open the baggie to identify what was inside and then secured the baggie in his jacket pocket. Ofc. Schoenecker stated the two females were advised they were free to leave and that SANDERS would be taken to Belmont and Western. Ofc. Schoenecker stated he advised SANDERS that he had located his "package" and that SANDERS could either be arrested or exchange three guns for his (SANDERS) release. Ofc. Schoenecker stated while en route to Belmont and Western, SANDERS stated he could probably get two (guns) and not three. Ofc. Schoenecker stated SANDERS then asked if they could go to the area of Nobel St. and Division St. instead of Belmont and Western because he would feel more comfortable there. Ofc. Schoenecker contacted SA Piacenza advising him of this situation. Ofc. Schoenecker stated they relocated to the BP Gas Station in the area of Noble St. and Division St. NOTE: Surveillance units also relocated to the Nobel St. and Division St. area.

9. Ofc. Schoenecker stated when they arrived at the BP Gas Station they observed an unknown male black pumping gas. Ofc. Schoencker stated SANDERS asked if they could call the subject over the police vehicle.

Ofc. Schoenecker stated SANDERS advised the subject that he needed two of those "things" and then re-stated that he needed two "guns". Ofc. Schoenecker stated SANDERS advised the subject to go to the building and holler at everyone so they would know what he needed. Ofc. Schoenecker stated the subject got into his vehicle and left. Ofc. Schoenecker stated SANDERS advised him that he would need to make some phone calls to have someone bring the guns to the area. Ofc. Schoenecker stated SANDERS made approximately ten to fifteen phone calls while SANDERS was secured to him (Ofc. Schoenecker). Ofc. Schoenecker stated the phone calls consisted of SANDERS advising subjects that the police got him with the "shit" or "work" and that he (SANDERS) needed two "bangers" or "guns". Ofc. Schoenecker advised SANDERS he needed to verify who he was and at this point SANDERS showed Ofc. Schoenecker an Illinois State Identification card. Ofc. Schoenecker stated he advised SANDERS that he (Schoenecker) did not thoroughly observe what was in the package. Ofc. Schoencker stated he asked SANDERS how many "rocks" were in the packages. Ofc. Schoenecker stated SANDERS advised him that there were one hundred "caps" (heroin) and one hundred "rocks" (crack cocaine).

10. At approximately 9:40pm SA Martinovich advised surveillance units that a vehicle with two unknown female blacks and an unknown male black subject arrived at the gas station. Ofc. Schoenecker stated he asked SANDERS who those subjects were. SANDERS advised Ofc. Schoenecker that they ain't on shit and they can't help him. Ofc. Schoenecker stated SANDERS did call one of the females over to him to switch out his phone battery because it was dying.

11. At approximately 10:25pm SA Delucio advised that a Maroon Expedition that just arrived at the gas station is involved with the FREEMAN Organization belonging to a Vernard RULE, aka "DEBO". Ofc. Schoenecker stated he asked SANDERS who was in the Expedition. Ofc. Schoenecker stated SANDERS told him it was "DEBO" and that was his ride. Ofc. Schoenecker stated SANDERS asked DEBO how much longer it would be (for the guns to arrive) at which time the subject stated ten more minutes. Surveillance units observed the Expedition exit the gas station, driving east on Division St. NOTE: SA Piacenza was able to videotape the two cars at the gas station (E-000076).

12. Ofc. Schoenecker state at approximately 10:40pm SANDERS received a phone call from an unknown subject. Ofc. Schoenecker stated SANDERS advised him that the subjects with the guns did not feel comfortable dropping the guns off by the gas station but they would drop them off down the street by the Church, 1100. Noble St, dumpster.

13. Ofc. Schoenecker stated SANDERS advised him that a car, white Ford Taurus, making a left turn from Division St. onto south Noble St. were the subjects with the guns. Ofc. Schoenecker stated SANDERS received a second call advising him it was all good and the guns would be wrapped in a towel on the side of the dumpster with a McDonald's bag on top of it. Ofc. Schoenecker advised that SANDERS stated "to give him a call in two weeks and he would have a third gun put up for them". Ofc. Schoenecker stated SANDERS advised when he calls him to say it is "Santa Claus" (because SANDERS was being released and not arrested). Ofc. Schoenecker stated SANDERS provided him with his phone number, (312) 399-5429.

14. At this time Ofc. Schoenecker, Ofc. Corlett, with SANDERS, and SA Martinovich, in a separate vehicle, drove south on Noble St. and located a dumpster with a McDonalds bag on top around the 1100 block of Noble St. At approximately 10:45pm, Ofc. Schoenecker stated he observed two white towels next to the dumpster. Ofc. Schoenecker stated he retrieved the towels at which time he observed one firearm wrapped in each towel. At this time Ofc. Schoenecker stated SANDERS was released and last seen walking eastbound. Ofc. Corlett advised the license plate on the Taurus was '817 1075'. The Taurus is registered to a Calvin PURVIS, 3260 W. Warren Blvd., Chicago, on a 1997 Ford four door.

15. Surveillance Units and Enforcement Units relocated to Area 3. At Area 3, Ofc. Schoenecker turned over a dark colored plastic baggie containing three other plastic baggies which contained suspect narcotics, two towels and two firearms to SA Piacenza. SA Piacenza transported the narcotics and firearms to the ATF office.

16. On November 14, 2006, SA Piacenza, SA Jorgensen and SA Roberts processed the evidence, Item # 000133, One dark colored plastic bag containing three additional baggies (one baggie contained 404 smaller baggies with Blue Devils on them, the second baggie contained 120 smaller baggies with orange stripes on them and the third baggie contained approximately 18 grams of an off white chunky substance) suspect crack cocaine. Item #000131, One Star, Bonifacio Echeverria, 9mm semi-automatic pistol, Model Ultra Star, Serial Number 2125519 and Item # 000132 One Beretta USA Corp, .22 caliber semi-automatic pistol, Model 21A, Serial Number DAA078709. The above items were processed, placed into evidence and subsequently submitted for analysis.

PROPERTY:

Item #000131, One Star, Bonifacio Echeverria, 9mm semi-automatic pistol, Model Ultra Star, Serial Number 2125519.

Item # 000132 One Beretta USA Corp, .22 caliber semi-automatic pistol, Model 21A, Serial Number DAA078709.

Item # 000133, One dark colored plastic bag containing three additional baggies (one baggie contained 404 smaller baggies with Blue Devils on them, the second baggie contained 120 smaller baggies with orange stripes on them and the third baggie contained approximately 18 grams of an off white chunky substance) suspect crack cocaine.

ATF_001_00435