# EXHIBIT TWO

ATF Report of November 22, 2006 Event

Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives — Report of Investigation

| Title of Investigation: OPERATION SUNRISE | Investigation Number: 772015-05-0040 | Report Number: 113 |

## SUMMARY OF EVENT:

On November 22, 2006, at approximately 2:00 PM, ATF Special Agent Joe Delucio recorded a consensually monitored telephone call between Chicago Police Officer Jason Schoenecker and Adam SANDERS. During this telephone call, SANDERS informed that he, SANDERS, would need a couple of more weeks to locate a firearm for Officer Schoenecker.

## NARRATIVE:

1. On November 13, 2006, the Chicago Police Department and ATF special agents intercepted a narcotics package from Adam SANDERS, a.k.a. "REDMAN," following a traffic stop in the 18th District. Soon after the traffic stop, SANDERS informed Officer Schoenecker that he, SANDERS, could arrange for the surrender of two firearms sometime that night and another in a few days. SANDERS informed Officer Schoenecker to call him in approximately a week to obtain the third firearm. SANDERS provided cellular telephone number (312) 399-5429 and informed Officer Schoenecker to identify himself as "Santa Claus" when he called.

2. On November 22, 2006, at approximately 2:00 PM, ATF Special Agent Joe Delucio recorded a consensually monitored telephone call between Chicago Police Officer Jason Schoenecker and Adam SANDERS, aka "REDMAN." During this call, S/A Delucio overheard SANDERS say, "What's up, Santa Claus?" and informed Officer Schoenecker that he, SANDERS, would need a couple of more weeks to locate the third firearm to be surrendered.

3. It should be noted that S/A Delucio identified the subject's voice during this telephone call to be the same subject Rondell FREEMAN identified as "REDMAN" during intercepted telephone calls from Target Phone 6.

4. Following the telephone call, S/A Delucio secured the recording into evidence (Exhibit No. E-081).

**NO ATTACHMENTS**

| Prepared by: Joseph R. Delucio | Title: Special Agent, Chicago IV Field Office | Signature: [signed] | Date: 11/22/06 |
| Authorized by: Michael G. Casey | Title: Resident Agent in Charge, Chicago IV Field Office | Signature: Michael G. Casey | Date: 11/24/06 |
| Second level reviewer (optional): Andrew L. Traver | Title: Special Agent in Charge, Chicago Field Division | Signature: Michael G. Casey | Date: 11/24/06 |

Page 1 of 1

ATF EF 3120.2 (10-2004)
For Official Use Only

ATF_001_00441