# EXHIBIT THREE

## Affidavit of Adam Sanders

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ADAM SANDERS,<br>Defendant. | )<br>)<br>)<br>)<br>)   No. 07 CR 843<br>)   Honorable Joan Humphrey Lefkow<br>)<br>)<br>) |

### AFFIDAVIT OF ADAM SANDERS

Adam Sanders, on oath, being duly sworn states:

On November 13, 2006, I was riding in a maroon Buick that was stopped by Chicago police officers on Larabee Avenue in Chicago. After the car was stopped, everyone was ordered out of the car and the car was searched. I believe the government will introduce into evidence what was seized from the car. After the search, I was taken into custody and driven to a BP gas station near Noble and Division in Chicago. I believe that the government will introduce into evidence what I said to the police, what I said on the telephone, and the results of my telephone calls.

FURTHER AFFIANT SAYETH NOT.

_____
Adam Sanders

Subscribed and Sworn to
before me this __15__ day of
August 2008

_____
Notary Public    4/25/2012

OFFICIAL SEAL
B. G. BENSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-25-2012