UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| ADAM SANDERS, | ) | |
| Defendant. | ) | |

**DEFENDANT ADAM SANDERS' MOTION
RESERVING RIGHT TO FILE FOR SEVERANCE**

Now comes Defendant Adam Sanders, by his attorney, Linda Amdur, and requests this Court enter an order allowing Adam Sanders to file a Motion For Severance at a later date. In support of this Motion the following is offered:

1. Adam Sanders is charged with conspiracy to distribute and to possess with intent to distribute controlled substances in violation of 21 U.S.C. §846 (Count One), four telephone counts in violation of 21 U.S.C. §843(a) (Counts Nineteen, Twenty, Twenty-One, and Thirty), and possession with intent to distribute in excess of 50 grams cocaine base, in violation of 21 U.S.C. §841(a) (Count Thirty-Two).

2. The government has provided thousands of pages of discovery and hundreds of hours of recorded telephone conversations in discovery in this case.

3. Between September 2005 and May 2007 ATF agents regularly surveilled a condominium complex controlled by Rondell Freeman located at 5740 No. Sheridan Road and did 17 trash pulls of trash bags discarded by Rondell Freeman. The discarded trash bags

contained items associated with packaging narcotics. Between March 17, 2006, and May 18, 2006, in audio and/or video interceptions captured within Unit 3E, agents observed Rondell Freeman and associates packaging narcotics. Adam Sanders was not observed in Unit 3E.

    4. The indictment also charges Adam Sanders with transporting drugs from Rondell Freeman's packaging apartments, including 5740 No. Sheridan, to 1230 No. Burling and transporting narcotics proceeds back to Rondell Freeman and others, and with supervising drug sales at 714 Division and 1230 No. Burling. The government's evidence provided in discovery, however, establishes that Adam Sanders could not and did not drive. Moreover, at this juncture, the defense has been unable to locate evidence of Adam Sanders supervising anyone.

    5. Based upon review of discovery at this time, the defense has located only one post arrest statement naming Adam Sanders and that statement only refers to him in a conclusory fashion.

    6. After further post-arrest statements are located or become available, the defense may seek to file a Motion For Severance based upon <u>Bruton v. United States</u>, 391 U.S. 123 (1968).

    7. Further, the defense may also seek severance pursuant to Rule 14(a) based upon gross disparity in evidence and fundamental unfairness.

    For all of the above reasons, the defense requests this Court enter an order allowing Adam Sanders to file a Motion For Severance at a later date.

                            Respectfully submitted,

                            <u>S/Linda Amdur</u>
                            Linda Amdur, Attorney for
                            Defendant Adam Sanders

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | **Honorable Joan Humphrey Lefkow** |
| | ) | |
| **ADAM SANDERS,** | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Adam Sanders' Motion Reserving Right To File For Severance was served pursuant to the district court's ECF system as to ECF filers on August 20, 2008.

    Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Adam Sanders
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999