UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
|         Plaintiff,               ) | |
| ) | |
| ) | |
| vs.               ) | No. 07 CR 843 |
| ) | Honorable Joan Humphrey Lefkow |
| ) | |
| ADAM SANDERS,               ) | |
|         Defendant.               ) | |

### DEFENDANT ADAM SANDERS' RENEWED EMERGENCY MOTION FOR MEDICAL TREATMENT

Now comes Defendant Adam Sanders, by his attorney, Linda Amdur, and renews his previously granted Motion for transfer to the Metropolitan Correctional Center for the purpose of Emergency Medical Care. In support of this Motion, the following is offered:

1. Adam Sanders is currently housed at the Jerome Combs Detention Center in Kankakee.

2. Adam Sanders has suffered from a hernia for a number of years. As substantiated in his Pretrial Services Report he has been disqualified from Boot Camp in the Illinois Department of Corrections for medical reasons.

3. According to Mr. Sanders, his hernia is now "popping out," he is concerned that he is in risk of injury while in custody, and he needs surgery.

4. Undersigned counsel has verified with the administration at the Jerome Combs Detention Center that they will not provide surgery at this time. Specifically, on June 16, 2008, undersigned counsel spoke with Dr. Kim, a surgeon in Kankakee Illinois to whom Adam Sanders had been referred. At that time, Dr. Kim indicated that he had no intention of performing the

requested surgery.  He acknowledged that Mr. Sanders had requested the surgery, but then said that Mr. Sanders could have the surgery when he elected to have the surgery.  I explained to him that Mr. Sanders wished to have the surgery now because his hernia was further ballooning out, and that if he were involved in any physical altercation while in detention, Mr. Sanders would be at serious risk of injury.  Dr. Kim then said that he would not perform the surgery.

     5. On July 30, 2008, this Court entered an order for Mr. Sanders' prompt transfer to the Metropolitan Correctional Center (MCC) for immediate evaluation and all necessary medical treatment, including surgery.   Prior to July 30, Vincent Shaw, attorney liaison at the MCC, informed AUSA Rachel Cannon that Mr. Sanders' medical needs could be addressed by the MCC and that the MCC could arrange for all medical treatment deemed necessary with respect to Mr. Sanders' condition.

     6. Mr. Sanders continues to have difficulty with the hernia  and wishes to be evaluated for surgery as soon as possible.

     7. The U.S. Marshals have failed to transfer Mr. Sanders to the MCC for medical evaluation.

     For all the above reasons, Adam Sanders requests immediate transfer to the Metropolitan Correctional Center for the purpose of Emergency Medical Care.

                                            Respectfully submitted,

                                            <u>S/Linda Amdur</u>
                                            Linda Amdur, Attorney for
                                            Defendant Adam Sanders

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999