Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 843-4 | DATE | 8/27/2008 |
| CASE TITLE | USA vs. Adam Sanders | | |

**DOCKET ENTRY TEXT**

Hearing held on defendant's renewed emergency motion for medical treatment [295]. Defendant's renewed emergency motion for medical treatment [295] is granted. Enter Order For Emergency Medical Care.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

FILED
2008 AUG 28 PM 5:51
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|