UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| | ) | |
| ADAM SANDERS, | ) | |
| Defendant. | ) | |

### ORDER FOR EMERGENCY MEDICAL CARE

This matter coming to be heard upon the Motion of Defendant Adam Sanders, by his attorney, Linda Amdur, and unopposed by AUSA Kruti Trivedi, for emergency medical care, and the Court being fully advised in the premises, and having found that Adam Sanders is in need of emergency medical care and is in significant pain,

IT IS HEREBY ORDERED:

That the United States Marshals are directed to provide at this time surgery in the form of hernia repair for Adam Sanders to be performed by a qualified surgeon licensed to practice medicine in the State of Illinois.

ENTER:

_____
JUDGE

AUG 27 2008
Date