# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 07 CR 843 |
| | ) | Honorable Joan Humphrey Lefkow |
| | ) | |
| ADAM SANDERS, | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    Rachel Cannon
       Asst. U.S. Attorney
       219 So. Dearborn
       5th Floor
       Chicago, IL 60604

Please take Notice that on Wednesday, September 24, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Joan Humphrey Lefkow in the courtroom usually occupied by her in the Federal Dirksen Courthouse at 219 So. Dearborn, Chicago, Illinois, or before such other judge who may be sitting in her stead, and then and there present Defendant Adam Sanders' Motion For Review Of Magistrate's Denial of Pretrial Release.

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Adam Sanders
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

## CERTIFICATE OF SERVICE

I, Linda Amdur, an attorney, certify that I served a copy of the above Notice, together with copy of Motion upon the AUSA named above by Electronic Case Filing (ECF) on September 4, 2008.

S/Linda Amdur